UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELWAN BLAZER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOZONERS, LLC,<br><br>　　　　　Defendant. | No. 2:22-cv-1635-CKD<br><br>ORDER |

The parties have agreed to submit this case for this court's Voluntary Dispute Resolution Program ("VDRP"). (See ECF No. 7 at 4.) The parties would like to complete the VDRP by April 17, 2023. The court will refer this case to VDRP. See Local Rule 271.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (30) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
2. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

////

////

1

3. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

Dated:  November 10, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.blaz22cv1635.vdrp