1  MICHAEL HOFFMAN, Bar No. 162496
   AMY C. HIRSH, Bar No. 246533
2  ARENA HOFFMAN LLP
   220 Montgomery Street, Suite 905
3  San Francisco, CA  94104
   Telephone:   415.433.1414
4  Facsimile:    415.520.0446
   Email:         mhoffman@arenahoffman.com
5                 ahirsh@arenahoffman.com

6  Attorneys for Defendant
   AUTOZONERS, LLC
7
   PAYTON EMPLOYMENT LAW, PC
8  CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
9  LAUREL N. HOLMES, ESQ. (SBN: 308515)
   BROOKE WILKINSON WALDROP (SBN: 314486)
10 3807 W. Sierra Highway, Suite 206
11 Acton, California 93510
   Telephone: (661) 434-1144
12 Facsimile: (661) 434-1144
   CPayton@PaytonEmploymentLaw.com
13 LHolmes@PaytonEmploymentLaw.com
   BWaldrop@PaytonEmploymentLaw.com
14
   Attorneys for Plaintiff DELWAN BLAZER
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 DELWAN BLAZER, | Case No. 2:22−cv−01635−CKD |
| 20         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE** |
| 21    v. | |
| 22 AUTOZONERS, LLC, et al., | Initial Disclosures deadline: December 2, 2022 |
| 23         Defendants. | Proposed Initial Disclosures deadline: December 9, 2022 |

24

25  TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

26       IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through respective

27  counsel and subject to Court approval, to the following:

28

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

STIPULATION RE INITIAL DISCLOSURES DEADLINE; [PROPOSED] ORDER                    CASE NO. 2:22−cv−01635−CKD

1. On November 10, 2022, the Court issued a Pretrial Scheduling Order setting December 2, 2022, as the deadline to exchange initial disclosures.

2. Defendant's counsel has been in trial and needs a modest extension of time to complete initial disclosures. Plaintiff does not object to the requested extension.

3. Pursuant to Federal Rule of Civil Procedure 16, the parties submit that good cause exists to briefly postpone the deadline to exchange initial disclosures for one week, until December 9, 2022. The parties have proceeded with reasonable diligence, and the brief extension will accommodate the professional conflicts of counsel. No other extensions are requested, and modification of the Rule 16 order will not result in prejudice.

Dated: November 29, 2022

/S/ Amy C. Hirsh
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorney for Defendant
AUTOZONERS, LLC

Dated: November 29, 2022

/s/ Brooke Wilkinson Waldrop
CHANTAL MCCOY PAYTON
LAUREL N. HOLMES
BROOKE WILKINSON WALDROP
PAYTON EMPLOYMENT LAW P.C.
Attorney for Plaintiff
DELWAN BLAZER

As an attorney of record in the action, I obtained consent from opposing counsel to file this document in accordance with Eastern District Local Rules.

/S/ Amy C. Hirsh
AMY C. HIRSH

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

STIPULATION RE INITIAL DISCLOSURES DEADLINE; ~~PROPOSED~~ ORDER    2.    CASE NO. 2:22−cv−01635−CKD

**ORDER**

Pursuant to stipulation and good cause appearing, the deadline to exchange initial disclosures is extended to December 9, 2022.

IT IS SO ORDERED.

Dated:  December 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.blaz22cv1635.stip

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

STIPULATION RE INITIAL DISCLOSURES DEADLINE; ~~PROPOSED~~ ORDER     3.     CASE NO. 2:22−cv−01635−CKD