**PAYTON EMPLOYMENT LAW, PC**
CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
JOHNNY DARNELL GRIGGS, ESQ. (SBN: 110640)
3807 W. Sierra Highway, Suite 206
Acton, California 93510
Telephone: (661) 434-1144
Facsimile: (661) 434-1144
CPayton@PaytonEmploymentLaw.com
JGriggs@PaytonEmploymentLaw.com

Attorneys for Plaintiff DELWAN BLAZER


MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
220 Montgomery Street, Suite 905
San Francisco, CA  94104
Telephone: 415.433.1414
Facsimile: 415.520.0446
Email:      mhoffman@arenahoffman.com

Attorneys for Defendant
AUTOZONERS, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *DELWAN BLAZER,*<br><br>        *Plaintiff,*<br><br>    v.<br><br>*AUTOZONERS, LLC, et al.,*<br><br>        Defendants. | Case No. 2:22−cv−01635−CKD<br><br>[Assigned to: Hon. Carolyn K. Delaney]<br><br>**(PROPOSED) ORDER REGARDING JOINT STIPULATION TO CONTINUE DATE TO FILE DISPOSITION DOCUMENTS** |

**GOOD CAUSE APPEARING THEREFOR**, the Court hereby orders that the parties to the within matter shall file dispositional documents in this matter on or before October 24, 2023.

**IT IS SO ORDERED.**

Dated: October 5, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
blaz22cv1635.stip.disp