**PAYTON EMPLOYMENT LAW, P.C.**
CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
JOHNNY DARNELL GRIGGS, ESQ. (SBN: 110640)
3807 W. Sierra Highway, Suite 206
Acton, California 93510
Telephone: (661) 434-1144
Facsimile: (661) 434-1144
CPayton@PaytonEmploymentLaw.com
JGriggs@PaytonEmploymentLaw.com

Attorneys for Plaintiff DELWAN BLAZER

**ARENA HOFFMAN, LLP**
MICHAEL HOFFMAN, Bar No. 162496
AMY C. HIRSH, Bar No. 246533
220 Montgomery Street, Suite 905
San Francisco, CA 94104-4828
Telephone:  (415) 433-1414
Facsimile:   (415) 520-0446
E-mail:    *mhoffman@arenahoffman.com*
E-mail:    *ahirsh@arenahoffman.com*

Attorneys for Defendant
AUTOZONERS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELWAN BLAZER,<br><br>         Plaintiff,<br><br>  v.<br><br>AUTOZONERS, LLC, et al.,<br><br>         Defendants. | Case No. 2:22-cv-01635-CKD<br>[Assigned to: Judge Carolyn K. Delaney]<br><br>**(PROPOSED) ORDER REGARDING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1

The Court, having reviewed the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice and finding good cause, hereby ORDERS as follows:

1. The Parties' Joint Stipulation is GRANTED and the action is DISMISSED with prejudice;
2. The Parties will each bear their own respective attorneys' fees and costs; and
3. No party shall be deemed a prevailing party in any respect.

IT IS SO ORDERED.

Dated: October 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
blaz22cv1635.stip.dism